NANCY TROTTER, Respondent, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 6.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present —Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

RHONDA LINCOLN, Respondent, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 7.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

LAWRENCE SULLIVAN et al., Respondents, v CITY OF BUFFALO et al., Appellants. LAWRENCE SULLIVAN et al., Respondents, v SEIMAX GAS CORP., Appellant. (Appeal No. 8.)—

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present— Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.